CORINNE ST. JACQUES, Respondent, v. WALTER GEER, Appellant. — Order affirmed, with twenty dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

BRAINARD AVERY and Others, Respondents, v. EARL B. BARNES, Defendant, Impleaded with JOHN BOGNER, Appellant. — Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BROWN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

HOUSE OF REST AT SPRAIN RIDGE, Appellant, v. CHARLES T. DAWSON and MARION G. BURKHARD, Respondents, Impleaded with Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

EMILY L. HOFFBAUER, Appellant, v. PAUL ENGLANDER, Respondent, Impleaded with Another, Defendant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of C. ARTHUR ARNSTEIN and SADYE J. KRAMER, as Executors, etc., of BEN KAPLAN, Deceased.— Decree and order so far as appealed from affirmed, with costs to the respondent, payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Sherman and Townley, JJ.

ZOLTAN FRIEDMAN, Respondent, v. FRANK V. KELLY, as Public Administrator, etc., of ANTON D. DIMOU, Deceased, Appellant, Impleaded with Another, Defendant. HARRY C. JACKSON, Respondent, v. FRANK V. KELLY, as Public Administrator, etc., of ANTON D. DIMOU, Deceased, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MARIA A. SAVINO, as Administratrix, etc., of JOSEPH FERRARESE, Deceased, Respondent, v. PETER BRUNO and ANTHONY MESSINEC, Defendants, Impleaded with PIETRO DeLUCCA and JERRY MATERASSO, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

LILLIAN W. LOWENSTEIN, Individually and as Administratrix, etc., of LEOPOLD LOWENSTEIN, Deceased, Respondent, v. UNION INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

HELEN EHRLICH and ABRAHAM EHRLICH, Respondents, v. WILLIAM BERNARD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

ABRAM KATZEFF, as Administrator, etc., of JULIUS KATZEFF, Deceased, Appel-